116 F.3d 467
 Daniel Acklin, Dale Aubrecht, Richard Augustine, Peter
Bajcic, David Banjanin, John Bauer, Joseph Bayer, Paul
Beattie, Frank Becker, Theodore Belajac, George Bell,
Richard Bilby, Charles Brace, Keith Bradley, Robert Brennan,
Joseph Buckley, John Burger, Robert Byrnes, John Cooley,
James Cornyn, Robert Cox, James Coyner, Jerome Crowley,
Richard Cunningham, Francis Delonibus, Jeremiah Dengler,
Edward Derby, Bryan Devine, Martin Devine, Thomas Dickson,
David Divosevic, James Dolan,
 NO. 96-3503
 United States Court of Appeals,
Third Circuit.
 May 23, 1997
 Appeal From: W.D.Pa. ,No.95-cv-01428
 
 1
 Affirmed.